**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION**

| | |
|---|---|
| SOUTHERN INDIANA TIRE INC., d/b/a BEST-ONE TIRE & SERVICE OF PRINCETON, INC., <br><br>    Plaintiff, <br><br>VS. <br><br>JOSHUA W. EADEN, JUSTIN PHARRIS, DARRIN TICHENOR, AARON (SHANE) STAFFORD, JACK PICKETT, J&J TIRE AND SERVICE LLC, SOUTH GIBSON GRAIN, LLC, TICHENOR FARMS TRUCKING, LLC, and SLONE TREE SERVICE, LLC, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CASE NO. 3:16-cv-00081-RLY-MPB |

## ORDER

This matter is before the Court upon the Stipulation to Dismiss Defendant, Slone Tree Service, LLC, Without Prejudice.

IT IS, THEREFORE, ORDERED that Plaintiff's Verified Complaint for Damages, Injunctive Relief, and Replevin is dismissed as to and only against Defendant, Slone Tree Service, LLC, without prejudice, and each party to bear their own cost.  Plaintiff's Verified Complaint for Damages, Injunctive Relief, and Replevin and the remaining causes of action therein are to continue against the remaining Defendants, Joshua W. Eaden, Justin Pharris, Darrin Tichenor, Aaron (Shane) Stafford, Jack Pickett, J&J Tire and Service LLC, South Gibson Grain, LLC, and Tichenor Farms Trucking, LLC.

9/22/2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**DISTRIBUTION**:

Reed S. Schmitt, Attorney No. 2173-49
Bruce A. Smith, Attorney No. 154-42
Meagan R. Brien, Attorney No. 29055-49
Greenebaum Doll LLP
rschmitt@bgdlegal.com
bsmith@bgdlegal.com
mbrien@bgdlegal.com

Erin Bauer, Attorney No. 27733-82
Barber & Bauer
erin@barlegal.net

Terry A. White, Attorney No. 1216-82
Marjorie L. Daily, Attorney No. 297427
Olsen, White & Hambidge, LLP
taw@thelawteam.net
mdaily@thelawteam.net

John Andrew Goodridge, Attorney No. 19359-65
jagoodridge@jaglo.com

David L. Jones, Attorney No. 10588-82
Craig R. Emig, Attorney No. 28549-82
Jones • Wallace, LLC
djones@joneswallace.com
cemig@joneswallace.com