UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **SOUTHERN INDIANA TIRE INC.** </br> **d/b/a BEST-ONE TIRE & SERVICE** </br> **OF PRINCETON, INC.** </br> </br> **Plaintiff,** </br> </br> vs. </br> </br> **JOSHUA W. EADEN,** *et al.* </br> </br> **Defendants.** | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 3:16-cv-00081- RLY-MPB </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER GRANTING JOINT MOTION**
**FOR VOLUNTARY DISMISSAL**

This matter having come before the Court on the Joint Motion for Voluntary Dismissal of Plaintiff, Southern Indiana Tire Inc. d/b/a Best-One Tire & Service of Princeton, Inc., and Defendant, Aaron (Shane) Stafford. The Court, having considered said joint motion and being fully informed in the premises, hereby GRANTS said joint motion.

IT IS HEREBY ORDERED that this matter, including all Counts of the Complaint herein, as amended, be dismissed with prejudice as to Defendant, Aaron (Shane) Stafford, only, with each party to bear his, her, or its own costs, all without having any effect upon the Stay and Administrative Closure currently in place in this action.

**So Ordered.**

\_\_\_\_3/28/2018_____
Date

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribute to all counsel of record.